IN THE UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| STEPHANIE CLIFFORD | : | |
| AKA STORMY DANIELS | : | |
| | : | |
| Plaintiff, | : | Case No. 2:19-mc-00047-MHW-KAJ |
| | : | |
| v. | : | Judge Michael H. Watson |
| | : | Magistrate Judge Kimberly A. Jolson |
| DONALD J. TRUMP | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF APPERANCE
## OF TRIAL ATTORNEY FOR JUDGMENT CREDITOR, DONALD J. TRUMP

The undersigned hereby give Notice of the Appearance of the law firm of Harris, McClellan, Binau & Cox P.L.L. and the following counsel for Judgment Creditor, Donald J. Trump ("Judgment Creditor")

>Dan J. Binau (0025376), *Trial Attorney*
>Harris, McClellan, Binau & Cox P.L.L.
>37 West Broad Street, Suite 950
>Columbus, Ohio 43215
>Telephone: (614) 464-2572
>Facsimile: (614) 464-2245
>E-mail: dbinau@hmbc.com

>Respectfully submitted,
>
>*/s/ Dan J. Binau*
>DAN J. BINAU (0025376), *Trial Attorney*
>Harris, McClellan, Binau & Cox P.L.L.
>37 West Broad Street, Suite 950
>Columbus, Ohio 43215
>Telephone: (614) 464-2572
>Facsimile: (614) 464-2245
>E-Mail: dbinau@hmbc.com
>Counsel for Judgment Creditor, Donald J. Trump

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was filed through the Court's CM/EFC filing system this 8th day of October, 2019, which shall serve a copy of the document upon all registered counsel of record.

*/s/ Dan J. Binau*
DAN J. BINAU         (0025376)
Counsel for Judgment Creditor, Donald J. Trump