HARDER LLP
CHARLES J. HARDER (CA Bar No. 184593)
RYAN J. STONEROCK (CA Bar No. 247132)
132 S. Rodeo Drive, Fourth Floor
Beverly Hills, California 90212
Telephone: (310) 546-7400
Facsimile: (310) 546-7401
Email: CHarder@HarderLLP.com
　　　　　RStonerock@HarderLLP.com

Attorneys for Defendant
DONALD J. TRUMP

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE CLIFFORD a.k.a. STORMY DANIELS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DONALD J. TRUMP,<br><br>　　　　　Defendant. | Case No. 2:18-cv-06893-SJO-FFM<br><br>**NOTICE OF LODGING [PROPOSED] JUDGMENT IN FAVOR OF DEFENDANT DONALD J. TRUMP**<br><br>Assigned for All Purposes to the Hon. S. James Otero<br><br>Action Filed: April 30, 2018 |

**EXHIBIT A**

NOTICE OF LODGING

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that defendant Donald J. Trump ("Mr. Trump") hereby lodges with the Court a [Proposed] Judgment in Favor of Mr. Trump, attached hereto as **Exhibit 1,** which reflects the amount to be paid by plaintiff Stephanie Clifford to Mr. Trump pursuant to the Court's Order on Mr. Trump's Motion for Attorneys' Fees and Sanctions. [ECF No. 46.]

Dated: December 12, 2018      HARDER LLP

By: */s/ Charles J. Harder*
    CHARLES J. HARDER
    Attorneys for Defendant DONALD J. TRUMP

1
NOTICE OF LODGING

# **Exhibit 1**

1  HARDER LLP
2  CHARLES J. HARDER (CA Bar No. 184593)
   RYAN J. STONEROCK (CA Bar No. 247132)
3  132 S. Rodeo Drive, Fourth Floor
4  Beverly Hills, California 90212
   Telephone:  (310) 546-7400
5  Facsimile:  (310) 546-7401
6  Email:      CHarder@HarderLLP.com
               RStonerock@HarderLLP.com
7
   Attorneys for Defendant
8  DONALD J. TRUMP

9
                 UNITED STATES DISTRICT COURT
10
                 CENTRAL DISTRICT OF CALIFORNIA
11

12 | STEPHANIE CLIFFORD a.k.a.     | Case No. 2:18-cv-06893-SJO-FFM
13 | STORMY DANIELS,               |
                                   | **[PROPOSED] JUDGMENT IN
14 |         Plaintiff,            | FAVOR OF DEFENDANT
                                   | DONALD J. TRUMP**
15 |
16 |    v.                         | Assigned for All Purposes to the
                                   | Hon. S. James Otero
17 | DONALD J. TRUMP,              |
18 |         Defendant.            |
                                   | Action Filed: April 30, 2018
19
20
21
22
23
24
25
26
27
28

[PROPOSED] JUDGMENT

On October 15, 2018, the Court issued an Order granting defendant Donald J. Trump's Motion to Strike/Dismiss ("Motion to Strike") the Complaint of plaintiff Stephanie Clifford ("Plaintiff"). [ECF No. 36.] In the Order on the Motion to Strike, the Court held that Mr. Trump "is entitled to attorney's fees" under the Texas Citizens Participation Act (the "TCPA"). [*Id.*, p. 14.]

On October 29, 2018, Mr. Trump filed a Motion for Attorneys' Fees and Monetary Sanctions (the "Motion") under the TCPA. [ECF No. 39.] On November 5, 2018, Plaintiff filed an Opposition to the Motion. [ECF No. 40.] On November 12, 2018, Mr. Trump filed a Reply in support of the Motion. [ECF No. 41.] On December 3, 2018, the Motion came on regularly for hearing in Courtroom 10C of the above-entitled Court. On December 11, 2018, the Court issued its Order on the Motion (the "Order") in favor of Mr. Trump. [ECF No. 46.]

This Court, having read and considered the supporting and opposing points and authorities and evidence, having heard the argument of counsel, good cause appearing therefor and pursuant to the Order, hereby orders as follows:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Judgment is entered in favor of Donald J. Trump and against Plaintiff Stephanie Clifford in the amount of **$293,052.33**, including the amount of **$292,052.33** in attorneys' fees incurred to defend this lawsuit pursuant to Texas Civil Practice & Remedies Code § 27.009(a)(1), and the amount of **$1,000.00** in monetary sanctions pursuant to Texas Civil Practice & Remedies Code § 27.009(a)(2).

DATED: _____

                                        Honorable S. James Otero
                                        U.S. DISTRICT COURT JUDGE