United States District Court
Southern District of Ohio

## Related Case Memorandum
## Civil Cases

**TO:** Judge Watson, Chief Magistrate Judge Deavers and Magistrate Judge Jolson

**FROM:** Eduardo Rivera, Deputy Clerk

**DATE:** 11/13/2019

**SUBJECT:** Case Caption: Clifford v. Trump

**CASE:** Case Number: 2:19-mc-047

**DISTRICT JUDGE:** Judge Watson / Magistrate Judge Jolson

File Date: 10/8/2019

This memorandum is to notify you that the civil cover sheet on the above referenced case reflects the following alleged related case(s):

**Related Case(s):**

Case Caption: **Clifford v. Keckley et al**

Case Number: **2:19-cv-119**      District Judge: **Watson**

File Date: **1/14/2019**      Magistrate Judge: **Deavers**

**Related Case(s):**

Case Caption:

Case Number:      District Judge:

File Date:      Magistrate Judge:

Memo Re: Related Civil Cases
Page 2

The District Judges having conferred, we respond to Case Administrator   **Eduardo Rivera**
as follows:

**Judges' Response:**

☐ We agree that the cases are **not** related and that the subject case should remain with the Judge to whom it is assigned.

☒ We agree that the cases **are** related and that the subject case should be transferred to the docket of Judge  _Watson_

☐ We agree that although the cases **are** related, the subject case nevertheless should remain with the Judge to whom it was assigned.

☐ We are unable to agree and will accept any decision made by the Chief Judge.

☐ I am the Judge on both/all of the listed cases and have determined that the cases are **not** related.

☐ I am the Judge on both/all of the listed cases and have determined that the cases **are** related and they shall both/all remain on my docket.

☐ Other Direction of Judge: _____

_/s/ M.H. Watson_
United States District Judge

_____
United States District Judge

_____
United States District Judge

Cc: Courtroom Deputies

Revised 7/19/2012