# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Stephanie Clifford<br><br>PLAINTIFF(S)<br>v.<br><br>Donald J. Trump<br><br>DEFENDANT(S) | CASE NUMBER<br><br>2:18-cv-06893-JLS-FFMx<br><br>**NOTICE OF CLERICAL ERROR** |

You are hereby notified that due to a clerical error ☐ documents associated with the filing of the new action ☒ the following scanned document ☐ docket entry have/has been corrected as indicated below.

Title of scanned document: Clerk's Certification of a Judgment to be Registered in Another District

Filed date: _____ Document Number(s): _____

☐ Incorrect case number _____ was assigned to this ☐ action ☐ document

☐ Case number has been corrected. The correct case number is _____

☐ Incorrect judge's initials were indicated on this ☐ action ☐ document. The correct judge's initials are: _____

☐ Incorrect magistrate judge's initials were indicated on this ☐ action ☐ document. The correct magistrate judge's initials are: _____ .

☐ Case has been reassigned from ☐ Judge ☐ Magistrate Judge _____ to ☐ Judge ☐ Magistrate Judge _____ . The initials of the new judge(s) are: _____

☐ Case was assigned to ☐ Western ☐ Southern ☐ Eastern division. Pursuant to General Order 19-03, the case has been reassigned to the ☐ Western ☐ Southern ☐ Eastern division. The former case number _____ has been reassigned to new case number _____ .

☐ Case title is corrected from _____ to _____

☐ Document has been re-numbered as document number _____

☐ Incorrect ☐ Filed Date ☐ Date of Document ☐ Date ENTERED on CM/ECF was stamped on the document. The correct date is _____ .

☐ Document is missing page number(s): _____

☐ To ensure proper routing of documents, all documents filed with the court must reflect the following case number and judge's initials: _____

☒ Other: The attached Clerk's Certification of a Judgment to be Registered in Another District was issued in error by the Clerk. The document referenced in the Certification was a Minute Order (dkt. #46), entered on 12/11/2018, not a judgment. Therefore, it cannot be certified as a judgment.

CLERK, U.S. DISTRICT COURT

Date: April 10, 2020    By: C. Powers
                            Deputy Clerk

**EXHIBIT A**

G-11 (03/19)    NOTICE OF CLERICAL ERROR

AO 451 (Rev. 12/12) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| Stephanie Clifford a.k.a. Stormy Daniels ) <br> *Plaintiff* ) <br> v. ) <br> Donald J. Trump ) <br> *Defendant* ) | Civil Action No. 18-cv-06893-SJO-FFM |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* ___12/11/2018___.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: 9-30-2019

CLERK OF COURT

Derek Davis

Signature of Clerk or Deputy Clerk

1183